

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
40 Worth Street, Suite 701
New York, NY 10013
Tel 212.364.5340
Fax 212.364.5341

www.innocenceproject.org

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 2 0 2015

CHRISTOPHER A. PRINE

CLERK

January 15, 2015

**_Via Priority Mail/USPS Tracking_**

Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin Street
Houston, TX 77002-2066

> Re: **The State of Texas vs. Louis A. Krueger**
> **Case No. 01-99-01149-CR**

Dear Mr. Prine:

The Innocence Project is currently reviewing the case of Louis A. Krueger. Mr. Krueger pled guilty to aggravated sexual assault on July 26, 1999 before Honorable Carol G. Davies in the 177th District Court, Harris County, Cause No. 72992.

Enclosed please find a check for $25.00 in payment of your retrieval fee. I have also enclosed a copy of the docket sheet highlighting the court records we would like copied. I will await your response on the final cost of copying these records.

Please feel free to call, write, or e-mail me if you have any questions or concerns. Thank you for your time.

Sincerely,

Elena Aviles
Document Manager
(212) 364-5351
eaviles@innocenceproject.org

Enclosure

Style: Krueger, Louis Andrew

v. The State of Texas

| | | | | Case Priority: | Regular |
|---|---|---|---|---|---|

**Original Proceeding:** No

**Case Description:** Aggravated Sexual Assault

Punishment: Life    BondAmount: 0.00    In Jail: True

### Trial Court Information

| County | Court Name | Case # | Judge | Court Reporter |
|---|---|---|---|---|
| Harris | 177th District Court | 729921 | CAROL G. DAVIES | |

### Parties and Attorneys

| Party | Party Name | Remarks | Counsel Code | Person Name | Date On | Date Off |
|---|---|---|---|---|---|---|
| Court reporter | REPORTER, COURT | | Court reporter | Gina Bench | 10/25/1999 | 06/05/2000 |
| | | | Court reporter | Tamra Parks | 10/25/1999 | 06/05/2000 |
| | | | Court reporter | Wong Lee | 10/26/1999 | 12/10/1999 |
| Criminal - Appellant | KRUEGER, LOUIS ANDREW | | Retained attorney | David Alan Disher | 10/25/1999 | |
| Criminal - State of Texas | THE STATE OF TEXAS | | District attorney | Calvin A. Hartmann | 10/25/1999 | 06/05/2000 |
| | | | District attorney | John B. Holmes | 10/25/1999 | |
| | | | District attorney | Luther A. Dulevitz | 05/25/2000 | |
| Trial court coordinator | COORDINATOR, TRIAL COURT | | Trial court coordinator | Joseph DeBruyn | 10/25/1999 | 12/14/1999 |
| Trial court judge | JUDGE, TRIAL | | Trial judge | Joseph DeBruyn | 10/25/1999 | 12/14/1999 |

### Interested Entities

| Entity Name | Interested Entity Type | Notice | Date On | Date Off |
|---|---|---|---|---|
| Bench, Gina | REPORT | No | 10/25/1999 | 06/05/2000 |
| DeBruyn, Joseph | TR JDG | No | 10/25/1999 | 12/14/1999 |
| Disher, David Alan | RE ATT | Yes | 10/25/1999 | |
| Dulevitz, Luther A. | DT ATT | Yes | 05/25/2000 | |
| Hartmann, Calvin A. | DT ATT | No | 10/25/1999 | 06/05/2000 |
| Holmes, John B. | DT ATT | Yes | 10/25/1999 | |
| Lee, Wong | REPORT | No | 10/26/1999 | 12/10/1999 |
| Parks, Tamra | REPORT | No | 10/25/1999 | 06/05/2000 |

### Events and Opinions

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission |
|---|---|---|---|---|---|---|---|
| 12/23/2014 | FILING | Letter issued by the court | Pro Se | | | | |
| 12/22/2014 | FILING | Letter received | | | | | |
| 08/29/2001 | FILING | Mandate issued - criminal or civil | | | | | Brief |

Style: Krueger, Louis Andrew

v. The State of Texas

## Events and Opinions

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission |
|---|---|---|---|---|---|---|---|
| 08/29/2001 | FILING | Mandate issued - criminal or civil | | | | | |
| 05/18/2001 12:01AM | FILING | Extension of time to file mtn. for rehearing disp. | Appellant | Motion or Writ Denied (inactivated by Hebert 2-8-06) | | | Brief |
| 05/18/2001 12:01AM | FILING | Motion for rehearing disposed | Appellant | Motion or Writ Denied (inactivated by Hebert 2-8-06) | | | Brief |
| 05/07/2001 12:01AM | FILING | Extension of time to file motion for rehearing | Appellant | | | | Brief |
| 05/07/2001 12:01AM | FILING | Motion for rehearing filed | Appellant | | | | Brief |
| 05/05/2001 | FILING | Petition for discretionary review due | | | | | Brief |
| 04/20/2001 | FILING | Motion for Rehearing Due | | | | | Brief |
| 04/05/2001 | FILING | Opinion issued | | Affirmed | | | Brief |

| Opinion Type | Author |
|---|---|
| Non-Memorandum Original Opinion on the Merits | Judge Adele Hedges |

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission |
|---|---|---|---|---|---|---|---|
| 04/05/2001 | FILING | Opinion issued | | Affirmed | | | |
| 02/27/2001 | FILING | Submitted | | | | | Brief |
| 02/27/2001 | FILING | Submission | | | | | Brief |
| 02/27/2001 | FILING | Submitted | | | | | Brief |
| 01/12/2001 | FILING | Case set for submission no oral argument | | | | | Brief |
| 07/26/2000 | FILING | Brief Due | State | | | | Brief |
| 07/26/2000 | FILING | Brief filed-oral argument has been requested | State | | | | Brief |
| 07/26/2000 | FILING | Case ready to be set | | | | | Brief |
| 07/26/2000 | FILING | Case ready to be set | | | | | |
| 07/17/2000 12:02AM | FILING | Extension Granted - No Further Extensions Of Time Will be Entertained | State | Grant motion | | | Brief |
| 07/07/2000 12:02AM | FILING | Motion to extend time to file brief filed. | State | | | | Brief |

Style: Krueger, Louis Andrew

v. The State of Texas

## Events and Opinions

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission |
|---|---|---|---|---|---|---|---|
| 06/26/2000 | FILING | Brief Due | State | | | | Brief |
| 06/05/2000 12:01AM | FILING | Motion to extend time to file brief disposed. | State | Grant motion | | | Brief |
| 05/27/2000 | FILING | Brief Due | State | | | | Brief |
| 05/24/2000 12:01AM | FILING | Motion to extend time to file brief filed. | State | | | | Brief |
| 04/30/2000 | FILING | Brief Due | Appellant | | | | Brief |
| 04/27/2000 | FILING | Brief filed-oral argument has been requested | Appellant | | | | Brief |
| 04/15/2000 | FILING | Exhibits due | | | | | Brief |
| 03/31/2000 12:03AM | FILING | Extension Granted - No Further Extensions Of Time Will be Entertained | Appellant | Grant motion | | | Brief |
| 03/31/2000 12:02AM | FILING | Extension Granted - No Further Extensions Of Time Will be Entertained | Appellant | Grant motion | | | Brief |
| 03/27/2000 | FILING | Exhibits filed | | | | | Brief |
| 03/16/2000 | FILING | Motion to supplement record disposed | Appellant | Grant motion | | | Brief |
| 03/16/2000 | FILING | Order entered | | Grant motion | | | Brief |
| 03/09/2000 12:03AM | FILING | Motion to extend time to file brief filed. | Appellant | | | | Brief |
| 02/08/2000 12:02AM | FILING | Motion to extend time to file brief filed. | Appellant | | | | Brief |
| 02/08/2000 | FILING | Brief Due | Appellant | | | | Brief |
| 02/07/2000 | FILING | Motion to supplement record | Appellant | | | | Brief |
| 01/13/2000 12:01AM | FILING | Motion to extend time to file brief disposed. | Appellant | Grant motion | | | Brief |
| 01/09/2000 | FILING | Brief Due | Appellant | | | | Brief |
| 01/03/2000 12:01AM | FILING | Motion to extend time to file brief filed. | Appellant | | | | Brief |
| 12/10/1999 | FILING | Reporter's record filed (statement of facts) | | | | | Brief |

Style: Krueger, Louis Andrew

v. The State of Texas

Events and Opinions

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission |
|---|---|---|---|---|---|---|---|
| 11/23/1999 | FILING | Clerk's record filed (transcript) | Criminal | | | | Brief |
| 11/23/1999 | FILING | Record due | | | | | Brief |
| 11/17/1999 | FILING | Reporter's record filed (statement of facts) | | | | | Brief |
| 11/15/1999 | FILING | Correspondence | Appellant | | | | Brief |
| 11/01/1999 | FILING | Reporter's record filed (statement of facts) | | | | | Brief |
| 10/23/1999 | FILING | Docketing statement filed | Appellant | | | | Brief |
| 10/14/1999 | FILING | Created for Data Conversion -- an event inserted to correspond to the beginning of a process | | | | | |
| 10/07/1999 | FILING | Notice of Appeal filed - record due 120 days | Criminal | | | | Brief |
| 08/24/1999 | FILING | Motion for new trial filed in trial court (civil Tex. R. Civ. P. 329b, criminal TRAP 21) | | | | | Brief |
| 07/26/1999 | FILING | Date of Sentence in Criminal Case | | | | | Brief |

Document Summary

| Stage | Location | File Date | Event | File Description | Index | Volume | Page |
|---|---|---|---|---|---|---|---|
| FILING | Event | 12/22/2014 | Letter received | Correspondence | | | |
| FILING | Event | 04/05/2001 | Opinion issued Affirmed | opinion | | | |

Calendars

| Stage | Set Date | Calendar Name | Reason Set |
|---|---|---|---|
| FILING | 08/29/2001 | Case Stored | Case stored |
| FILING | 08/29/2001 | Retention | Criminal case to be retained permanently (sentence over 20 years or historical value) |

Elena Aviles, Document Manager
40 Worth Street, Suite 701
New York, NY 10013

Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin Street
Houston, TX 77002-2066

Benjamin N. Cardozo School of Law - Yeshiva University

INNOCENCE PROJECT

RITY®
IL ★

/ERY SPECIFIED*

G™ INCI

CLUDED

BLE

NALLY,
TION
RED.

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9011 5981 8982 5718 65

Label 400, Jan. 2013
7690-16-000-7848